Evan A. Moeller (Texas Bar No. 24051067)
Hirsch & Westheimer, P.C.
700 Louisiana Street, Suite 2550
Houston, TX 77002-2772
Telephone: (713) 220-9163
Facsimile: (713) 223-9319
emoeller@hirschwest.com

Christopher Eric Ng (CSB #216969)
Gibbs, Giden, Locher, Turner & Senet LLP
1880 Century Park East, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3400
Facsimile: (310) 552-0805
cng@gglts.com

Attorneys for Defendant, G L RECOVERY GROUP, LLC

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 30 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AARON MOSTIN, | Case No. SACV09-650 AG (ANx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| GL RECOVERY, LLC | [Assigned to Judge Andrew J. Guilford] |
| Defendant. | |

On February 24, 2010, the trial of this case began. Plaintiff, Aaron Mostin, appeared in person and through his attorney and announced ready for trial. Defendant, G L Recovery Group, LLC, appeared in person and through its attorney and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel. The Court submitted instructions and a special verdict form to the jury. In response, the jury made findings that the Court received, filed, and entered of record.

1  Defendant has moved for entry of judgment on the verdict. The Court considered the motion
2  and renders judgment for Defendant.
3      1.   Therefore, the Court ORDERS that Plaintiff, Aaron Mostin, take nothing by
4  his suit and that Defendant, G L Recovery Group, LLC, recover its costs from Plaintiff.
5      2.   The Court denies all relief not granted in this Judgment.
6      3.   This is a FINAL JUDGMENT.
7  Signed this 30th day of April, 2010.

By: _____
U.S. DISTRICT JUDGE
ANDREW J. GUILFORD

20090408.20090426/725525.1

*FINAL JUDGMENT*